ISAIAH SWEM, Plaintiff in Error, v. JEROME J. BICK, Defendant in Error.

**St. Louis Court of Appeals, January 15, 1901.**

Practice, Appellate: BILL OF EXCEPTIONS: RECORD PROPER. Discovering no error in the record proper, and there being no bill of exceptions preserving the evidence and motions, the judgment is affirmed.

Writ of Error to Monroe Circuit Court.—*Hon. David H. Eby,* Judge.

AFFIRMED.

GOODE, J.—This case is here on a writ of error to the circuit court of Monroe county. It appears from the recitals of the judgment of that court that the cause, which was in the nature of a bill in equity, was submitted and determined after the testimony of witnesses had been heard as well as other evidence, but there is no bill of exceptions to show what it was or preserve the exceptions, and as we discover no error in the record proper the judgment is affirmed. Ray v. Brown, 80 Mo. 230. All concur.